ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pontchartrain Partners, LLC | )  ASBCA No. 63802 |
| | ) |
| Under Contract No. W912HY-22-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:     James R. Washington, III, Esq.
                                                                General Counsel

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                                Engineer Chief Trial Attorney
                                                             Christina Wimbley, Esq.
                                                             Clark Bartee, Esq.
                                                                Trial Attorneys
                                                                U.S. Army Engineer District, Galveston

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 5, 2026

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 63802, Appeal of
Pontchartrain Partners, LLC, rendered in conformance with the Board's Charter.

Dated: January 5, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals